**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JASON A. SZAKAL,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-01448** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **STATE OF OHIO,** ***et al.*****,** | : | **Magistrate Judge S. Courter M. Shimeall** |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

This matter comes before this Court on the Magistrate Judge's September 23, 2026, Report and Recommendation (ECF No. 18). The Magistrate Judge recommended that Plaintiff's Motion to Dismiss (ECF No. 10) be denied, that Plaintiff's Amended Complaint (ECF No. 13) be dismissed, and that this Court certify that an appeal would not be taken in good faith. (*Id.* at 17).

The Report and Recommendation advised the parties that they could file specific written objections within fourteen (14) days of service and that failure to object in accordance with that procedure may forfeit rights on appeal. (ECF No. 18 at 17–18). No objections have been filed, and the time for filing has passed. When no party objects, Congress did not intend to require district court review of a magistrate judge's conclusions "under a *de novo* or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

This Court has nonetheless reviewed the Report and Recommendation and **ADOPTS** it**.** Plaintiff's Motion to Dismiss (ECF No. 10) is **DENIED**. Plaintiff's claims against the State of Ohio are **DISMISSED WITH PREJUDICE**, and his claims against all remaining Defendants are **DISMISSED WITHOUT PREJUDICE**. (ECF No. 18 at 9–10, 13–15). Pursuant to 28 U.S.C.

§ 1915(a)(3), this Court **CERTIFIES** that an appeal of this Order would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk is **DIRECTED** to enter judgment and terminate this case.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: November 20, 2026**